W. Louis Bossle, Camden, N. J., for appellants in both cases.

Donald G. Targan, Asst. U. S. Atty., Camden, N. J. (David M. Satz, Jr., U. S. Atty., Newark, N. J., on the brief), for appellee in both cases.

---

Harold WAPNICK, Appellant,
v.
Richard CHAPPELL, Appellee.

No. 451, Docket 31168.

United States Court of Appeals
Second Circuit.

Argued May 8, 1967.

Decided May 10, 1967.

Harold Wapnick, pro se.

Ronald Gene Wohl, Asst. U. S. Atty., Eastern District of New York (Joseph P. Hoey, U. S. Atty., Eastern District,

and Joseph Lynch, Attorney, Dept. of Justice, on the brief), for appellee.

Before SMITH, KAUFMAN and HAYS, Circuit Judges.

PER CURIAM:

Judgment affirmed. See also United States v. Wapnick, D.C., 198 F.Supp. 359; 2 Cir., 315 F.2d 96, cert. denied 374 U.S. 829, 83 S.Ct. 1868, 10 L.Ed.2d 1052; and 355 F.2d 136.